

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Chris L. Gilbert and Glenn E. Janik, Appellants

No. 06-13-00081-CV     v.

Kate M. Moseley, Appellee

Appeal from the County Court at Law No 4 of Dallas County, Texas (Tr. Ct. No. CC-13-02405-D). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Chris L. Gilbert and Glenn E. Janik, pay all costs of this appeal.

RENDERED DECEMBER 17, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk